UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Civil Action Number 07-22815
Seitz/McAliley



FILED by ___ D.C.
JUN 3 0 2008
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

MONTPELLIER FARM, LTD.

    Plaintiff,

v.

CRANE ENVIRONMENTAL, INC.,

    Defendant.
_____/

## NOTICE OF CHARGING LIEN

    Notice is given that Richard B. Cooper, of Cooper, Brown & Behrle, P.C., attorneys, of 331 Madison Avenue, City of New York, County of New York, State of New York, Zip Code 10017, appearing *pro se* on behalf of himself and his said firm, claims a lien for legal services rendered to, and charges incurred for, Plaintiff Montpellier Farm, Ltd. ("Plaintiff"), which resides in Antigua, against any judgment rendered and any settlement agreed upon, in, or relating to, this Civil Action.

    The lien arose in connection with the representation of Montpellier Farm, Ltd. concerning its dispute with Defendant Crane Environmental, Inc., including the drafting of the Complaint filed (with some changes) herein, discovery and analysis of facts, research and analysis of relevant law, and other efforts related to this litigation. The recovery to which the resulting charging lien attaches may be described as follows: Any judgment, settlement, proceeds, or recovery that is entered, reached, realized or results, in whole or in part, from this Civil Action.

    On or about the following dates, Plaintiff was advised that the following amounts would become charging liens against the claims which underlie this Civil Action, to the extent that Plaintiff was awarded or settled for such amounts:

| Date | Amount |
|---|---|
| December 26, 2003 | $16,900.00 |
| May 21, 2004 | 26,000.00 |
| July 22, 2004 | 19,500.00 |
| September 11, 2004 | 19,500.00 |
| March 21, 2005 | 16,250.00 |
| | $98,150.00 |

- 2 -

In each instance, after receiving the foregoing advice, Plaintiff manifested its agreement that such amounts would become changing liens.

Thereafter the undersigned rendered further services for Plaintiff Montpellier Farm, Ltd. of the reasonable value of $10,000.00, so that the charging lien totals the sum of $108,150.00, no part of which has been paid to date.

## VERIFICATION

I am the attorney named above. I have read the attached Notice and am familiar with its contents. At all times relevant to this Notice, I was and have been licensed to practice law in the State of New York. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

*/s/ Richard B. Cooper*
Richard B, Cooper
Cooper, Brown & Behrle, P.C
331 Madison Avenue
New York, New York  10017
Tel. (212) 957-9000  x180
CBBCooper@aol.com

To: Christopher M. David, Esq.
DAVID AND JOSEPH, P.L.
Attorneys for Plaintiff, Montpellier Farm, Ltd.
1001 Brickell Bay Drive, Suite 2002
Miami, Florida  33131

Mark J. Criser, Esq.
Hill, Ward, and Henderson, P.A.
Attorneys for Defendant Crane Environmental, Inc.
101 East Kennedy Blvd., Suite 3700
Tampa, Florida  33602

## CERTIFICATE OF SERVICE BY MAIL

      I hereby certify that on June 27, 2008, I served the foregoing Notice of Charging Lien upon Plaintiff Montpellier Farm, Ltd. and upon Defendant Crane Environmental, Inc., by mailing a true copy to their attorneys at the following addresses:

Christopher M. David, Esq.
DAVID AND JOSEPH, P.L.
[Attorneys for Plaintiff, Montpellier Farm, Ltd.]
1001 Brickell Bay Drive, Suite 2002
Miami, Florida 33131

and

Mark J. Criser, Esq.
Hill, Ward, and Henderson, P.A.
[Attorneys for Defendant Crane Environmental, Inc.]
101 East Kennedy Blvd., Suite 3700
Tampa, Florida 33602

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

                                          _____
                                          Richard B, Cooper